UNITED STATES OF AMERICA

IN THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                            CASE NO. 25-mj-30119-DUTY

VERONICA RAMIREZ-VERDUZCO,

    Defendant.

_____/

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned has been court-appointed to represent Mr. Wiley and respectfully requests that all notices or court orders and correspondence be sent to the address, email address, or phone number as indicated.

                                                Respectfully submitted,

/s/ Lisa Dwyer  
LISA DWYER  
ATTORNEY FOR DEFENDANT  
32121 Woodward Ave., PH  
Royal Oak, MI 48073  
313-510-2793  
DwyerL247@aol.com

Dated: March 24, 2025