|  | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Officer: | Joseph Camaj | Telephone: | (313) 316-7331 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Veronica RAMIREZ-VERDUZCO

Case No.

Case: 2:25-mj-30119
Assigned To : Unassigned
Assign. Date : 3/6/2025
Description: CMP USA V.
RAMIREZ-VERDUZCO (DJ)

**FILED**
MAR 25 2025
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/D. Jennings
Deputy

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Veronica RAMIREZ-VERDUZCO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

On or about February 17, 2025, in the Eastern District of Michigan, Southern Division, Veronica RAMIREZ-VERDUZCO, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about April 20, 2013 at or near Eagle Pass, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

Date: March 6, 2025

*Issuing officer's signature*

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* March 6, 2025, and the person was arrested on *(date)* March 21, 2025
at *(city and state)* Belleville, MI.

Date: March 21, 2025

*Arresting officer's signature*
S/Joseph Camaj, Deportation Officer
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*